UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HENRY NARTE,

               Plaintiff,

    v.

CITY OF BAINBRIDGE ISLAND, and
JOHN DOES 1 THROUGH 5,

               Defendants.

No. CV 06-5356 RJB

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-entitled matter has been fully settled and compromised and may be dismissed with prejudice and without assessment of costs or attorney's fees to any party.

Dated: 8/15/06 _____

s/ _____
Kevin Keefe, WSBA # 11437
Of Attorneys for Plaintiffs

Dated: 8/16/06 _____

s/ _____
Shannon M. Ragonesi, WSBA # 31951
Of Attorneys for Defendant

**PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that the Plaintiffs' claims are dismissed with prejudice and without assessment of costs or attorney's fees to any party.**

- 1
Cause No. CV06-5356 RJB

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

DONE IN OPEN COURT this 17th day of August, 2006.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:

KEATING, BUCKLIN & McCORMACK, INC., P.S.

s/
Shannon M. Ragonesi, WSBA # 31951
Of Attorneys for Defendant

Approved as to form;
Notice of presentation waived

s/
Kevin Keefe, WSBA # 11437
Of Attorneys for Plaintiff

DATED August 16, 2006.

KEATING, BUCKLIN & McCORMACK, INC., P.S.

s/ Shannon M. Ragonesi
Shannon M. Ragonesi, WSBA # 31951
Defendants City of Bainbridge Island
Keating Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, #4141
Seattle, WA 98104
(206) 623-8861
(206) 223-9423 Facsimile
sragonesi@kbmlawyers.com

- 2
Cause No. CV06-5356 RJB

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423